**Order entered April 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00005-CV

**PRISCILLA ALIA MCCURDY, Appellant**

**V.**

**RANDY LIGGETT, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10001**

## ORDER

The reporter's record in this appeal has not been filed despite court reporter Vielica Dobbins twice being directed to file the record or written verification no hearings were recorded or appellant had not paid for the record. Accordingly, we **ORDER** Ms. Dobbins to file, **no later than May 8, 2019**, the record or requested verification. We caution appellant that the appeal may be submitted without the reporter's record if the Court receives verification appellant has not requested or paid for the record. *See* TEX. R. APP. P. 37.3(c). We further caution Ms. Dobbins that failure to comply may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Bridgett N. Whitmore, Presiding Judge of the 193rd Judicial District Court; Ms. Dobbins; and, the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE